IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW HERRERA,

      Plaintiff,

v.                                                      CV 20-0313 KG/JHR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration,[1]

      Defendant.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters this Final Judgment under Rule 58 of the Federal Rules of Civil Procedure and hereby remands this matter to the Commissioner for further proceedings.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for former Commissioner Andrew Saul as the Defendant in this suit.